The People of the State of New York, Respondent,
against
Jason Diaz, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Bahaati E. Pitt, J.), rendered April 17, 2018, convicting him, upon his plea of guilty, of criminal contempt in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Bahaati E. Pitt, J.), rendered April 17, 2018, affirmed.
The record establishes that the defendant's guilty plea to second-degree criminal contempt (Penal Law § 215.50), part of a global resolution of two separate criminal prosecutions, was knowing, intelligent and voluntary (see People v Conceicao, 26 NY3d 375 [2015]). During the plea colloquy, defendant acknowledged the facts underlying his commission of the crime, stated that he had time to discuss the plea and sentence with his attorney, waived specific constitutional rights, including the right to trial and the right to remain silent, and acknowledged that he would be sentenced to a conditional discharge requiring completion of an outpatient drug treatment program, and one year in jail if he failed to comply. Defendant also executed a form acknowledging receipt of a written copy of the terms of the conditional discharge and its expiration date (see CPL 410.10[1]).
In any event, the only relief defendant requests is dismissal of the accusatory instrument, rather than vacatur of the plea, and he expressly requests that this Court affirm his conviction if it does not grant dismissal. Since we do not find that dismissal would be appropriate, we affirm on this basis as well (see People v Conceicao, 26 NY3d at 385 n 1; People v Teron, 139 AD3d 450 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: December 20, 2019